UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JOHN VACCARINO, on behalf of himself and all others similarly situated,<br><br>Plaintiff(s),<br><br>-against-<br><br>ARCON CREDIT SOLUTIONS LLC; and RAZOR CAPITAL LLC,<br><br>Defendant(s). | Civil Case No.: 2:21-cv-20423<br><br>**CIVIL ACTION**<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

**WHEREAS**, on December 9, 2021, Plaintiff filed a Class Action Complaint against the above-named Defendants, [ECF No.: 1].

**WHEREAS**, counsel for all parties have met, conferred and agreed that this matter shall be dismissed without prejudice.

**NOW THEREFORE**, the parties stipulate as follows:

1. The above-captioned matter is dismissed without prejudice.

Dated: March 18, 2022

| | |
|---|---|
| */s/ Joseph K. Jones*<br>Joseph K. Jones, Esq.<br>JONES, WOLF & KAPASI, LLC<br>375 Passaic Avenue<br>Fairfield, New Jersey 07004<br>(973) 227-5900<br>jkj@legaljones.com<br>Attorneys for Plaintiff | */s/ Mitchell L. Williamson*<br>Mitchell L Williamson, Esq.<br>Barron & Newburger, PC<br>458 Elizabeth Ave., Suite 5371<br>Somerset, N.J. 08873<br>(732) 630-5970<br>mwilliamson@bn-lawyers.com<br>Attorneys for Defendants, Arcon Credit Solutions, LLC and Razor capital, LLC |

So Ordered:

_____
Hon. Esther Salas, U.S.D.J.
Date: March 21, 2022